Fill in this information to identify your case:

Debtor 1     __Terrance__    __Maurice__    __Webster__
             First Name      Middle Name    Last Name

Debtor 2     _____
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __Eastern__  District of __Pennsylvania__

Case number (if known)  __24-13938__

☒ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Describe the property that secures the claim: | $128,281.10 | $128,345.00 | $128,281.10 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |
| | **Centralized Insolvency Operation** | See Attachment | | | |
| | **PO Box 7346** | **As of the date you file, the claim is:** Check all that apply. | | | |
| | Number    Street | ☐ Contingent | | | |
| | **Philadelphia, PA 19101-7346** | ☐ Unliquidated | | | |
| | City    State    ZIP Code | ☐ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☒ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| | ☐ Debtor 2 only | ☒ Statutory lien (such as tax lien, mechanic's lien) | | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Judgment lien from a lawsuit | | | |
| | ☐ At least one of the debtors and another | ☐ Other (including a right to offset) _____ | | | |
| | ☐ Check if this claim relates to a community debt | | | | |
| | Date debt was incurred  **10/15/2018** | Last 4 digits of account number  **3 7 3 7** | | | |

| Add the dollar value of your entries in Column A on this page. Write that number here: | $128,281.10 | |
|---|---|---|

Debtor 1  **Terrance**  **Maurice**  **Webster**    Case number *(if known)* **24-13938**
First Name    Middle Name    Last Name

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Amount of claim* Do not deduct the value of collateral. | *Value of collateral that supports this claim* | *Unsecured portion* If any |

**2.2** **Pennsylvania Department of Revenue**    Describe the property that secures the claim:    $12,733.11    $128,345.00    $12,733.11
Creditor's Name
**Bankruptcy Division**    See Attachment

**1 Revenue Pl**    **As of the date you file, the claim is:** Check all that apply.
Number    Street
☐ Contingent
**Harrisburg, PA 17129-0001**    ☐ Unliquidated
City    State    ZIP Code    ☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.
☑ Debtor 1 only    ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only    ☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2 only    ☐ Judgment lien from a lawsuit
☐ At least one of the debtors and another    ☐ Other (including a right to offset) _____
☐ **Check if this claim relates to a community debt**

Date debt was incurred  **06/09/2018**    Last 4 digits of account number  **0 8 8 9**

**2.3** **Pennsylvania Department of Revenue**    Describe the property that secures the claim:    $7,930.19    $128,345.00    $1,095.19
Creditor's Name
**Bankruptcy Division**    See Attachment

**1 Revenue Pl**    **As of the date you file, the claim is:** Check all that apply.
Number    Street
☐ Contingent
**Harrisburg, PA 17129-0001**    ☐ Unliquidated
City    State    ZIP Code    ☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.
☑ Debtor 1 only    ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only    ☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2 only    ☐ Judgment lien from a lawsuit
☐ At least one of the debtors and another    ☐ Other (including a right to offset) _____
☐ **Check if this claim relates to a community debt**

Date debt was incurred  **11/08/2017**    Last 4 digits of account number  **0 3 5 5**

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $20,663.30

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

Debtor 1  **Terrance** **Maurice** **Webster** Case number *(if known)* **24-13938**
First Name   Middle Name   Last Name

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| 2.4 | **Pennsylvania Department of Revenue**<br>Creditor's Name<br>**Bankruptcy Division**<br>**1 Revenue Pl**<br>Number   Street<br>**Harrisburg, PA 17129-0001**<br>City   State   ZIP Code<br><br>**Who owes the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred **10/12/2019** | Describe the property that secures the claim:<br><br>See Attachment<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☒ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>Last 4 digits of account number  0 9 3 6 | $2,166.60 | $128,345.00 | $2,166.60 |
| 2.5 | **Pennsylvania Department of Revenue**<br>Creditor's Name<br>**Bankruptcy Division**<br>**1 Revenue Pl**<br>Number   Street<br>**Harrisburg, PA 17129-0001**<br>City   State   ZIP Code<br><br>**Who owes the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred **9/11/2021** | Describe the property that secures the claim:<br><br>See Attachment<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☒ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>Last 4 digits of account number  0 7 2 6 | $6,375.10 | $128,345.00 | $6,375.10 |

**Add the dollar value of your entries in Column A on this page. Write that number here:** $8,541.70

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

Official Form 106D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page __3__ of __8__

Debtor 1  **Terrance**   **Maurice**   **Webster**        Case number *(if known)* **24-13938**
First Name   Middle Name   Last Name

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.6** **Pennsylvania Department of Revenue**
Creditor's Name

**Bankruptcy Division**

**1 Revenue Pl**
Number   Street

**Harrisburg, PA 17129-0001**
City   State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred   **10/26/2022**

Describe the property that secures the claim:   $4,244.99   $128,345.00   $4,244.99

**See Attachment**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   **2  1  2  1**

---

**2.7** **Prestige Financial Svc**
Creditor's Name

**Attn: Bankruptcy**

**351 W Opportunity Way**
Number   Street

**Draper, UT 84020**
City   State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred   **08/20/2019**

Describe the property that secures the claim:   $23,754.30   $11,375.00   $12,379.30

**2019 Mitsubishi Outlander Sport**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   **1  7  1  1**

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**   $27,999.29

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

| Debtor 1 | Terrance | Maurice | Webster | Case number *(if known)* 24-13938 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.8**

**Transport Funding LLC**
Creditor's Name

**8717 W 110th St Ste 700**
Number    Street

**Overland Park, KS 66210-2127**
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**

[2017 Kenworth T680]

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

Column A: **$120,206.07**
Column B: **$110,135.00**
Column C: **$10,071.07**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$120,206.07** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$305,691.46** |

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **5** of **8**

| Debtor 1 | Terrance | Maurice | Webster | Case number *(if known)* 24-13938 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Attachment Page**

**2.1 Describe the property that secures the claim:**

2019 Mitsubishi Outlander Sport

Used bed and sofa worth approximately $400, and other miscellaneous used furniture, furnishings, appliances, linens, and other similar items worth approximately $100.

Roku television worth approximately $100, iPhone 8 (circa 2017) worth approximately $75, PlayStation 4 and accessories (circa 2013) worth approximately $100.

Various used articles of clothing, shoes, and accessories worth approximately $250.

Various used pieces of jewelry worth approximately $100.

Navy Federal Credit Union

Navy Federal Credit Union

Navy Federal Credit Union

2017 Kenworth T680

2007 Ford Escape

**2.2 Describe the property that secures the claim:**

2019 Mitsubishi Outlander Sport

Used bed and sofa worth approximately $400, and other miscellaneous used furniture, furnishings, appliances, linens, and other similar items worth approximately $100.

Roku television worth approximately $100, iPhone 8 (circa 2017) worth approximately $75, PlayStation 4 and accessories (circa 2013) worth approximately $100.

Various used articles of clothing, shoes, and accessories worth approximately $250.

Various used pieces of jewelry worth approximately $100.

Navy Federal Credit Union

Navy Federal Credit Union

Navy Federal Credit Union

2017 Kenworth T680

2007 Ford Escape

**2.3 Describe the property that secures the claim:**

2007 Ford Escape

2019 Mitsubishi Outlander Sport

Used bed and sofa worth approximately $400, and other miscellaneous used furniture, furnishings, appliances, linens, and other similar items worth approximately $100.

Roku television worth approximately $100, iPhone 8 (circa 2017) worth approximately $75, PlayStation 4 and accessories (circa 2013) worth approximately $100.

Various used articles of clothing, shoes, and accessories worth approximately $250.

Various used pieces of jewelry worth approximately $100.

Navy Federal Credit Union

Navy Federal Credit Union

Navy Federal Credit Union

Debtor 1  **Terrance**       **Maurice**       **Webster**               Case number *(if known)* **24-13938**
         First Name         Middle Name        Last Name

**Attachment Page**

2017 Kenworth T680

**2.4 Describe the property that secures the claim:**

2019 Mitsubishi Outlander Sport

Used bed and sofa worth approximately $400, and other miscellaneous used furniture, furnishings, appliances, linens, and other similar items worth approximately $100.

Roku television worth approximately $100, iPhone 8 (circa 2017) worth approximately $75, PlayStation 4 and accessories (circa 2013) worth approximately $100.

Various used articles of clothing, shoes, and accessories worth approximately $250.

Various used pieces of jewelry worth approximately $100.

Navy Federal Credit Union

Navy Federal Credit Union

Navy Federal Credit Union

2017 Kenworth T680

2007 Ford Escape

**2.5 Describe the property that secures the claim:**

2019 Mitsubishi Outlander Sport

Used bed and sofa worth approximately $400, and other miscellaneous used furniture, furnishings, appliances, linens, and other similar items worth approximately $100.

Roku television worth approximately $100, iPhone 8 (circa 2017) worth approximately $75, PlayStation 4 and accessories (circa 2013) worth approximately $100.

Various used articles of clothing, shoes, and accessories worth approximately $250.

Various used pieces of jewelry worth approximately $100.

Navy Federal Credit Union

Navy Federal Credit Union

Navy Federal Credit Union

2017 Kenworth T680

Official Form 106D           Attachment Page of **Schedule D: Creditors Who Have Claims Secured by Property**           page **7** of **8**

| Debtor 1 | Terrance | Maurice | Webster | Case number *(if known)* 24-13938 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Attachment Page**

2007 Ford Escape

**2.6  Describe the property that secures the claim:**

2019 Mitsubishi Outlander Sport

Used bed and sofa worth approximately $400, and other miscellaneous used furniture, furnishings, appliances, linens, and other similar items worth approximately $100.

Roku television worth approximately $100, iPhone 8 (circa 2017) worth approximately $75, PlayStation 4 and accessories (circa 2013) worth approximately $100.

Various used articles of clothing, shoes, and accessories worth approximately $250.

Various used pieces of jewelry worth approximately $100.

Navy Federal Credit Union

Navy Federal Credit Union

Navy Federal Credit Union

2017 Kenworth T680

2007 Ford Escape

Fill in this information to identify your case:

Debtor 1  **Terrance** **Maurice** **Webster**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **Eastern District of Pennsylvania**

Case number **24-13938**
(if known)

☑ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Terrance Maurice Webster**
Terrance Maurice Webster, Debtor 1

Date **11/01/2024**
    MM/ DD/ YYYY

Official Form 106Dec            **Declaration About an Individual Debtor's Schedules**