**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| TERRANCE MAURICE WEBSTER | ) | Case No. 24-13938 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that the undersigned hereby enters his appearance as counsel for and on

behalf of Prestige Financial Services, Inc. creditors in the above-captioned matter, and hereby

requests, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules");

and, pursuant to Rules 2002 and 9001 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C.

§ 342, that copies of all notices and pleadings given or filed in this case be given and served upon

the party listed below at the following address and telephone number:

> William E. Craig, Esquire
> Eisenberg, Gold & Agrawal, P.C.
> 1040 N. Kings Highway, Suite 200
> Cherry Hill, NJ 08034
> Telephone:  856-330-6200
> Facsimile:  856-330-6207
> wcraig@egalawfirm.com

Please take further notice that the foregoing request includes not only the notices and

papers referred to in the Rules specified above, but also includes, without limitation, any order,

notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or

informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone,

telegraph, telex, or otherwise filed or made with regard to the referenced case and proceeding

herein.

This Notice of Appearance and Request for Service of Papers, and any subsequent

appearance, pleading, claim, or suit, shall not be deemed or construed to be a waiver of Prestige

Financial Services, Inc. right: (i) to have final orders in non-core matters entered only after *de novo*

review by a district judge, (ii) to trial by jury in any proceeding so triable herein or in any case,

controversy or proceeding related hereto, (iii) to have the reference withdrawn by the United States

District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights,

claims, actions, defenses, setoffs or recoupments to which Prestige Financial Services, Inc. is or

may be entitled, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and

recoupments Prestige Financial Services, Inc. expressly reserve.

Respectfully submitted,

EISENBERG, GOLD & AGRAWAL, P.C.

By:____*/s/ William E. Craig*_____
            William E. Craig
            1040 N. Kings Highway, Suite 200
            Cherry Hill, NJ 08034
            Telephone:  856-330-6200
            Facsimile:  856-330-6207
            wcraig@egalawfirm.com
            *Counsel to Prestige Financial Services,Inc.*

Dated January 3, 2025