IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | 24-13938 (AMC) |
| TERRANCE MAURICE WEBSTER ) | |
| ) | Chapter 13 |
| **Debtor(s)** ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Prestige Financial Services, Inc. hereby certifies as follows:

1. I am the attorney for Prestige Financial and am fully familiar with the facts of this case.
2. On January 8, 2025, I served by electronic means and by regular mail, a copy of the Objection To Confirmation to the following individuals:

<u>Debtor</u>
Terrance Maurice Webster
1137 S 56th St
Philadelphia, PA 19143

<u>Debtor's Attorney</u>
Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

<u>Office of the US Trustee</u>
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107

<u>Trustee</u>
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Date: 1/8/25

<u>/s/ William E. Craig</u>
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329 - Pennsylvania