### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Terrance Maurice Webster, | : | Chapter 13 |
|      Debtor | : | |
| | : | Bankruptcy No. 24-13938-amc |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, | : | |
| DEPARTMENT OF REVENUE | : | |
| | : | |
|      Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| Terrance Maurice Webster, | : | |
|      Respondent | : | |
| | : | |
| | : | |
| | : | Related to Document No. 3 |
| | : | Confirmation Hearing: |
| | : | 01/16/2025 at 09:30 am |

**CERTIFICATE OF SERVICE**

  I, Brenda S. Bishop, hereby certify that the *Commonwealth of Pennsylvania, Department of Revenue's Objection to Confirmation of Debtor's Chapter 13 Plan filed October 31, 2024,* has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System. The following were served electronically:

| | |
|---|---|
| Michael A. Cibik<br>Cibik Law P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102<br>(215) 735-1060<br>Email: help@cibiklaw.com<br>*Counsel for Debtor* | Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street- Suite 1813<br>Philadelphia, PA 19107<br>215-627-1377<br>*Chapter 13 Trustee* |
| US Trustee<br>Office of United States Trustee,<br>Robert N.C. Nix Federal Building<br>900 Market Street Suite 320<br>Philadelphia, PA 19107<br>(215) 597-4411<br>*United States Trustee* | |

DATE: January 10, 2025                              Respectfully submitted,

                                                                         MICHELLE A. HENRY
                                                                         ATTORNEY GENERAL

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>OFFICE OF ATTORNEY GENERAL<br>15th Floor, Strawberry Square<br>Harrisburg, PA 17120<br>Tel: (717) 783-8035<br>Cell: (717) 574-9444<br>E-mail: bbishop@attorneygeneral.gov | BY: */s/ Brenda S. Bishop*<br>BRENDA S. BISHOP<br>Senior Deputy Attorney General<br>PA Attorney No. 91761<br><br>MELISSA L. VAN ECK<br>Chief Deputy Attorney General<br>Financial Enforcement Section |