**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Terrance Maurice Webster | : | |
| | : | Bankruptcy No. 24-13938-DJB |
| | : | |
| Debtor(s) | : | |

**PRAECIPE TO WITHDRAW**

Kindly withdraw the Trustee's Amended Motion to Dismiss filed at Docket entry #31.

Respectfully submitted,

Date: March 24, 2025

/s/ Kenneth E. West, Esq
Kenneth E. West, Esq.
Chapter 13 Standing Trustee