UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE** <br><br> **TERRANCE MAURICE WEBSTER** <br><br> **Debtor** | Case Number: 24-13938-amc <br><br> Judge: Hon. Ashely M. Chan <br><br> Hearing Date: **04/01/2025** <br> Time: **11:00 a.m.** <br> Place: **Courtroom #4** |

## CERTIFICATE OF NO ANSWER

I, Thomas Dominczyk, Esquire, attorney for Transport Funding, LLC, hereby certify that no answer has been filed to Transport Funding, LLC's Motion for Relief from the Automatic Stay and Co-Debtor Stay in the above matter.   No answer having been filed, kindly sign the proposed form of Order.

                                              MAURICE WUTSCHER, LLP
                                              Attorneys for Secured Creditor
                                              Transport Funding, LLC


                                              By: /s/ Thomas R. Dominczyk
                                              Thomas R. Dominczyk
                                              For the Firm
                                              Maurice Wutscher, LLP
                                              5 Walter E. Foran Blvd., Suite 2007
                                              Flemington, NJ 08822
                                              (908) 237-4550


DATE: March 26, 2025