UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>**TERRANCE MAURICE WEBSTER**<br><br>Debtor | Case Number: 24-13938-amc<br><br>Judge: Hon. Ashely M. Chan<br><br>Hearing Date: **04/01/2025**<br>Time: **11:00 a.m.**<br>Place: **Courtroom #4** |

## CERTIFICATE OF SERVICE

I, Thomas Dominczyk, hereby certify that on this date I have caused a true and correct copy of Transport Funding, LLC's Certificate of No Answer by United States first class mail, postage pre-paid or via electronic filing upon:

MICHAEL A. CIBIK, ESQ.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

KENNETH E. WEST, ESQ.
CHAPTER 13 TRUSTEE
1234 MARKET STREET
SUITE 1813
PHILADELPHIA, PA 19107

TERRANCE MAURICE WEBSTER
1137 S. 56TH STREET
PHILADELPHIA, PA 19143

LAWRENCE M. WEBSTER, JR.
1137 S. 56TH STREET
PHILADELPHIA, PA 19143

                                                             /s/ Thomas R. Dominczyk
                                                             Thomas Dominczyk, Esq.

DATE:  March 26, 2025