UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE<br><br>**TERRANCE MAURICE WEBSTER**<br><br>**Debtor** | Case Number: 24-13938-amc<br><br><br><br>Hearing Date: **04/01/2025**<br>Time: **11:00 a.m.**<br>Place: **Courtroom #4** |
|---|---|

## ORDER GRANTING RELIEF FROM THE
## AUTOMATIC STAY AND CO-DEBTOR STAY

Upon the motion of THOMAS R. DOMINCZYK, Esquire of the firm of MAURICE WUTSCHER, LLP, on behalf of the secured creditor, TRANSPORT FUNDING, LLC under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain property as hereinafter set forth, and for cause shown,

It is on this __1st__ day of __April__, 2025;

1. **ORDERED** that the automatic stay of Bankruptcy Code section 362 (d) is ~~vacated~~ *modified* to permit the movant to pursue the movant's rights in the property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

2. **ORDERED** that the co-debtor stay of Bankruptcy Code section 1301 is ~~vacated~~ *modified* as to Lawrence M. Webster, Jr. ~~is vacated~~ to permit the movant to pursue the movant's rights in the property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

3. **ORDERED** that the movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Property
2017 Kenworth T680 Tractor, VIN: 1XKYDP9X0HJ139121

_____
Hon. Ashely M. Chan, U.S.B.J.
*Derek J Baker*